UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KAREEM NISBETT,
                               Plaintiff,         19 Civ. 5463 (LGS)

              -against-                     ORDER

MOSAIC FASHIONS US LIMITED,

                               Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this action was stayed following Defendant's filing of a bankruptcy petition in the United States Bankruptcy Court for the Southern District of New York (Dkt. No. 13). Defendant has not appeared in this action. It is hereby

      **ORDERED** that Plaintiff shall file a letter by **March 12, 2021**, providing an update on the status of this action.

Dated: March 5, 2021
       New York, New York

                                               LORNA G. SCHOFIELD
                                   UNITED STATES DISTRICT JUDGE