```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
KAREEM NISBETT,                                               :
                                     Plaintiff,               :
                                                              :     19 Civ. 5463 (LGS)
             -against-                                        :
                                                              :     ORDER
MOSAIC FASHIONS US LIMITED,                                   :
                                     Defendant.               :
                                                              :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 15, 2021 (Dkt. No. 16), required Plaintiff to file a status letter on the status of Defendant's bankruptcy proceedings no later than June 14, 2021, and every 90 days thereafter;

WHEREAS, Plaintiff failed to submit a letter on June 14, 2021; it is hereby

**ORDERED** that Plaintiff shall file the letter by **June 18, 2021**.

Dated: June 15, 2021
       New York, New York

*[signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE